

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00048-CR

**RUSSELL CRAIG MORGAN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. CR15209

## MEMORANDUM  OPINION

Appellant Russell Craig Morgan has filed a motion to dismiss this appeal.  *See* TEX.

R. APP. P. 42.2(a).  We have not issued a decision in this appeal, and Morgan personally

signed the motion.  The motion is granted, and the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 19, 2017
Do not publish
[CR25]

